UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRASAD NAIR,

    Plaintiff,

vs.                                  Case No. 09-CV-11934
                                      HON. GEORGE CARAM STEEH

UNIFIED BUSINESS TECHNOLOGIES, INC.,

    Defendant.

_____/

ORDER ENTERING JUDGMENT UNDER RULE 68(a) (# 16)

On August 24, 2009, plaintiff Prasad Nair filed an acceptance of defendant Unified Business Technologies, Inc.'s ("UBT") offer of judgment in the amount of $2,500.00 inclusive of all claims filed by Nair. Pursuant to Federal Rule of Civil Procedure 68(a), judgment SHALL enter in favor of Nair and against UBT in the amount of $2,500.00.

SO ORDERED.

Dated:  August 31, 2009

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 31, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk