UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRASAD NAIR,

        Plaintiff,

vs.

        Case No. 09-11934

        HON. GEORGE CARAM STEEH

UNIFIED BUSINESS
TECHNOLOGIES, INC.,

        Defendant.
_____/

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR COSTS

This matter has come before the court on plaintiff Prasad Nair's motion for costs. Plaintiff also filed a bill of costs with the clerk of the Court. Post-judgment costs are a matter handled by the clerk of the Court. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for costs is DENIED AS MOOT.

It is so ordered.

Dated: October 5, 2009

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 5, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk